# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00736-CV

**Buckingham Investments, Ltd., Appellant**

**v.**

**The Heritage Neighborhood Association and Simon Atkinson, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-06-001212, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Buckingham Investments, Ltd., and Appellees The Heritage Neighborhood Association and Simon Atkinson have filed an "Agreed Joint Motion to Dismiss" this appeal. We grant the agreed motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Agreed Motion

Filed: April 19, 2007